UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 08-61191-CIV-MORENO**

JIN ZHI STAR LT. LLC, a Florida Corporation, and
US CAPITAL/FASHION MALL LLC, a Florida
Corporation,

      Plaintiffs,

vs.

AMERICAN ZURICH INSURANCE COMPANY,
an Illinois Corporation,

      Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION AND AWARDING COSTS AND FEES**

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge, for a Report and Recommendation on Plaintiffs' Motions for Attorney Fees **(D.E. No. 107)** and Costs **(D.E. No. 108)**, filed on April 28, 2009. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 135)** on **August 25, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. The Plaintiff's sole objection relates to Magistrate Judge Torres's failure to recommend an award for an attorney's fee expert. This objection is overruled. It is accordingly

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 135)**, filed on August 25, 2009, is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendant shall pay to Plaintiffs **$60,500.00** in attorney fees and **$6,939.46** in taxable costs.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of September, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record