# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 08-61191-CIV-ROSENBAUM/SELTZER

JIN ZHI STAR LT, LLC,
a Florida corporation, and
U.S. CAPITAL/FASHION MALL, LLC,
a Florida corporation,

          Plaintiffs,

v.

AMERICAN ZURICH INSURANCE CO.,
an Illinois corporation,

          Defendant.

_____/

## ORDER OF CLARIFICATION

    This matter is before the Court on Defendant American Zurich Insurance Co.'s Motion to Preclude Plaintiffs' Attempt to Offer Don Gibson as a Witness or, in the Alternative, for Other Relief [D.E. 409]. In view of the fact that the trial at which Plaintiffs supposedly seek to offer Don Gibson as a witness is scheduled to occur on October 11, 2012, the Court finds good cause to expedite the briefing of this Motion. Accordingly, Plaintiffs shall file their response to Defendant's Motion [D.E. 409] by **Monday, October 8, 2012**.

    **DONE AND ORDERED** at Fort Lauderdale, Florida, this 4th day of October 2012.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

copies:      Counsel of Record